L. Paul DIEFFENBACH, JR. v. Richard G. ENGLISH, Dennis J. Ullery, and State of Vermont, No. 122-77

January 9, 1978. Motion to Dismiss Granted.

TRI-STATE INDUSTRIAL LAUNDRIES, INC. v. R. Paul WICKES, Commissioner of Taxes, State of Vermont, No. 3-78

January 9, 1978. The Complaint for Extraordinary Relief is dismissed for failure to set forth why there is no adequate remedy by proceedings for extraordinary relief in the Superior Court. V.R.A.P. 21(b).

IN RE NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY, No. 104-76

January 9, 1978. Motion to Intervene Amicus Curiae and Request to Argue Amicus Curiae on behalf of the Public and Vermont Hotel and Motel and Restaurant Association denied. V.R.A.P. 29; 40.

Nicholas ECONOMOU and Lorraine Economou v. Costas ECONOMOU a/k/a Costa Economou, Dorothy Economou and Economou Farms, No. 289-76

January 17, 1978. Appellants' Motion for Remand pursuant to V.R.C.P. 60(b) denied. Appellees' Motion for Terms denied. Appellants to file Printed Case and Brief on or before February 7, 1978; otherwise the appellees' Motion to Dismiss will be granted.

John R. WHALEN, et ux. and Schuyler Stratton, et ux. v. William E. VANOLINDA, Aloidal Vanolinda, Donald Santwire, et al., No. 294-76

January 24, 1978. Appeal dismissed for lack of compliance with Progress Order of December 6, 1977.

Willis HICKS v. Norris MERCIA & Robert Rollins d/b/a Barrows, Mercia & Rollins and/or Country Properties, Inc. d/b/a Barrows, Mercia & Rollins, No. 352-76

January 24, 1978. Appeal dismissed for lack of compliance with Progress Order of December 6, 1977.

STATE of Vermont v. Howard LAMELLE, No. 256-77

January 24, 1978. Appeal dismissed for lack of compliance with Progress Order of December 6, 1977.

STATE of Vermont v. Christine Belanger JENNINGS, No. 27-78

January 31, 1978. The finding of contempt not being made out by the record, Petition for Habeas Corpus granted and petitioner discharged.